# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

|  |  |
|---|---|
| DAWN TWOMEY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>- against -<br><br>AMERICAN TEXTILE COMPANY INCORPOATED,<br><br>        Defendant. | 8:24-cv-00264-KKM-SPF |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   February 23, 2024

Respectfully submitted,

The Wright Law Office, P.A.
/s/ *William Wright*
Will Wright
willwright@wrightlawoffice.com
515 N Flagler Dr Ste P300
West Palm Beach FL 33401
Tel: (561) 514-0904

## Certificate of Service

I certify that on February 23, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

| | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ *William Wright*

2